**UNITED STATES of America, Plaintiff—Appellee,**

v.

**James Daniel BRAY, Defendant— Appellant.**

**No. 06–8022.**

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 13, 2007.

Decided: Sept. 18, 2007.

James Daniel Bray, Appellant pro se. John L. Brownlee, United States Attorney, Roanoke, Virginia, for Appellee.

Before GREGORY and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Daniel Bray seeks to appeal the district court's order denying his motion for free copies of the record in his criminal case. In criminal cases, the defendant must file the notice of appeal within ten days after the entry of judgment. Fed. R.App. P. 4(b)(1)(A). With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an extension of up to thirty days to file a notice of appeal. Fed. R.App. P. 4(b)(4); *United States v. Reyes,* 759 F.2d 351, 353 (4th Cir.1985).

The district court entered its order on March 27, 2006. The notice of appeal was filed in December 2006. Because Bray failed to file a timely notice of appeal or to obtain an extension of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*